HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
hannah_labaree@fd.org

Attorney for Defendant
RODNEY SHARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-064 JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **WAIVER OF APPEARANCE;** |
| | ) **ORDER** |
| RODNEY SHARP, | ) |
| Defendant. | ) |

I, Rodney Sharp, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, jury selection, trial, and sentencing. I request that the court proceed during every absence the court may permit pursuant to this waiver. I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

-1-

Dated: June 7, 2017                     /s/ Rodney Sharp (FPD has orig.)
                                        RODNEY SHARP
                                        Defendant

I concur in Mr. Sharp's decision to waive his appearance at the proceedings noted above.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: June 7, 2017                     /s/ Hannah R. Labaree
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender
                                        Attorney for RODNEY SHARP

## ORDER

The above waiver of appearance is hereby approved.

IT IS SO ORDERED.

Dated: June 12, 2017

                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge